UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEVEN J. ALEXANDER, KEITH A. BALASH,
CHARLES A. BERARD, MICHAEL R. BRUNOW,
JAMES C. CLEVELAND, JOSEPH J. FARINA,
JOHN MALLOY HAGEN, WILLIAM E. HEINEN,
WAYNE W. JENSEN, THOMAS P. KLUSMAN,
EDWARD N. LIEBRECHT, RONALD G. QUACKENBUSH,
ANTHONY T. SMITH, STEVEN J. SPINGOLA,
KIM R. STACK, DAVID C. VAHL, and
MICHAEL D. YOUNG,

                Plaintiffs,

     v.                                    Case No. 03-C-611

CITY OF MILWAUKEE, POLICE CHIEF
ARTHUR JONES, individually and in his
official capacities, MILWAUKEE BOARD
OF FIRE AND POLICE COMMISSIONERS,
CHAIRMAN WOODY WELCH,
VICE-CHAIRMAN CARLA Y. CROSS,
COMMISSIONER ERIC M. JOHNSON,
COMMISSIONER LEONARD J. SOBCZAK,
COMMISSIONER ERNESTO A. BACA,
individually and in their official capacities,

                Defendants.

## **ORDER FOR JUDGMENT**

        This action came on for hearing before the court and a jury, the Honorable Thomas J. Curran, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiffs, Steven J. Alexander,, Keith Balash, Charles Berard, Michael R. Brunow, James Cleveland, Joseph J. Farina, John Malloy Hagen, William Heinen, Wayne W. Jensen, Thomas P. Klusman, Edward Liebrecht, Ronald G. Quackenbush, Anthony T. Smith, Steven J. Spingola, Kim R. Stack, David C. Vahl, and Michael Young recover of the Defendants, Chief Arthur L. Jones, Milwaukee Board of Fire and Police Commissioners, Woody Welch, Carla Y. Cross, Eric M. Johnson, Leonard J. Sobczak, and Ernesto A. Baca the following sums for compensatory damages in the following amounts together with post-judgment interest thereon at the rate provided by law and their costs of this action:

| Name | Amount |
|---|---|
| Steven J. Alexander | $19,000.00 |
| Keith Balash | 25,000.00 |
| Charles Berard | 22,000.00 |
| Michael R. Brunow | 31,500.00 |
| James Cleveland | 19,000.00 |
| Joseph J. Farina | 9,500.00 |
| John Malloy Hagen | 47,000.00 |
| William Heinen | 9,500.00 |
| Wayne W. Jensen | 34,500.00 |
| Thomas P. Klusman | 9,500.00 |
| Edward Liebrecht | 47,000.00 |
| Ronald G. Quackenbush | 40,500.00 |
| Anthony T. Smith | 9,500.00 |
| Steven J. Spingola | 19,000.00 |
| Kim R. Stack | 25,000.00 |
| David C. Vahl | 50,000.00 |
| Michael Young | 47,000.00 |

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiffs shall recover of the Defendants the following sums for punitive damages:

| Plaintiff's Name | Defendant Arthur Jones | Defendant Woody Welch | Defendant Carla Y. Cross | Defendant Eric M. Johnson | Defendant Leonard J. Sobczak | Defendant Ernesto A. Baca |
|---|---|---|---|---|---|---|
| Steven J. Alexander | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Keith Balash | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Charles Berard | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Michael Brunow | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| James Cleveland | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Joseph Farina | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| John Hagen | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| William Heinen | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Wayne Jensen | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Thomas Klusman | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Edward Liebrecht | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Ronald Quackenbush | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Anthony Smith | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Steven Spingola | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Kim Stack | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| David Vahl | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Michael Young | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |

After the jury rendered its verdict, issues of equitable remedies came before the court sitting without a jury and the issues having been duly tried and a decision having been duly rendered.

3

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiffs recover of the Defendants the following sums for back pay and benefits, front pay, in the following amounts together with post-judgment interest thereon at the rate provided by law and their costs of this action:

|  | Through 8/31/2005 | Subsequent to 8/31/2005 | Total |
|---|---|---|---|
| Steven J. Alexander | $ 11,588 | $ 76,024 | $ 87,612 |
| Keith A. Balash | 26,264 | 126,542 | 152,806 |
| Charles A. Berard | 17,106 | 110,086 | 127,192 |
| Michael R. Brunow | 41,752 | 118,629 | 160,381 |
| James C. Cleveland | 23,755 | 124,101 | 147,856 |
| John Malloy Hagen | 55,025 | 133,686 | 188,711 |
| Wayne W. Jensen | 39,739 | 119,200 | 158,939 |
| Edward N. Liebrecht | 46,995 | 1,919 | 48,914 |
| Ronald G. Quackenbush | 29,766 | 114,269 | 144,035 |
| Anthony T. Smith | 16,696 | 102,133 | 118,829 |
| Steven J. Spingola | 29,056 | 102,937 | 131,993 |
| David C. Vahl | 41,680 | 6,965 | 48,645 |
| Michael D. Young | 23,897 | 673 | 24,570 |

IT IS FURTHER ORDERED AND ADJUDGED that this action is dismissed upon its merits.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 29th day of August, 2005.

s/Thomas J. Curran
THOMAS J. CURRAN
United States District Judge

4