UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEVEN J. ALEXANDER, KEITH A. BALASH,
CHARLES A. BERARD, MICHAEL R. BRUNOW,
JAMES C. CLEVELAND, JOSEPH J. FARINA,
JOHN MALLOY HAGEN, WILLIAM E. HEINEN,
WAYNE W. JENSEN, THOMAS P. KLUSMAN,
EDWARD N. LIEBRECHT, RONALD G. QUACKENBUSH,
ANTHONY T. SMITH, STEVEN J. SPINGOLA,
KIM R. STACK, DAVID C. VAHL, and
MICHAEL D. YOUNG,

                  Plaintiffs,

      v.                                      Case No. 03-C-611

CITY OF MILWAUKEE, POLICE CHIEF
ARTHUR JONES, individually and in his
official capacities, MILWAUKEE BOARD
OF FIRE AND POLICE COMMISSIONERS,
CHAIRMAN WOODY WELCH,
VICE-CHAIRMAN CARLA Y. CROSS,
COMMISSIONER ERIC M. JOHNSON,
COMMISSIONER LEONARD J. SOBCZAK,
COMMISSIONER ERNESTO A. BACA,
individually and in their official capacities,

                  Defendants.

## **OPINION AND ORDER**

Based upon the proceedings at the hearing held on August 29, 2005, the court ORDERS that the Plaintiffs shall serve and file any motion for attorney fees and costs twenty-two days after the entry of judgment in this action.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 29th day of August, 2005.

                                                s/Thomas J. Curran
                                                THOMAS J. CURRAN
                                                United States District Judge