AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of __Wisconsin_____

JUDGMENT IN A CIVIL CASE

STEVEN J. ALEXANDER, KEITH A. BALASH,
CHARLES A. BERARD, MICHAEL R. BRUNOW,
JAMES C. CLEVELAND, JOSEPH J. FARINA,
JOHN MALLOY HAGEN, WILLIAM E. HEINEN,
WAYNE W. JENSEN, THOMAS P. KLUSMAN,
EDWARD N. LIEBRECHT, RONALD G. QUACKENBUSH,
ANTHONY T. SMITH, STEVEN J. SPINGOLA,
KIM R. STACK, DAVID C. VAHL, and
MICHAEL D. YOUNG,

v.                                          CASE NUMBER: 03-C-611

CITY OF MILWAUKEE, POLICE CHIEF
ARTHUR JONES, individually and in his
official capacities, MILWAUKEE BOARD
OF FIRE AND POLICE COMMISSIONERS,
CHAIRMAN WOODY WELCH,
VICE-CHAIRMAN CARLA Y. CROSS,
COMMISSIONER ERIC M. JOHNSON,
COMMISSIONER LEONARD J. SOBCZAK,
COMMISSIONER ERNESTO A. BACA,
individually and in their official capacities,

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the plaintiffs, Steven J. Alexander,, Keith Balash, Charles Berard, Michael R. Brunow, James Cleveland, Joseph J. Farina, John Malloy Hagen, William Heinen, Wayne W. Jensen, Thomas P. Klusman, Edward Liebrecht, Ronald G. Quackenbush, Anthony T. Smith, Steven J. Spingola, Kim R. Stack, David C. Vahl, and Michael Young recover of the Defendants, Chief Arthur L. Jones, Milwaukee Board of Fire and Police Commissioners, Woody Welch, Carla Y. Cross, Eric M. Johnson, Leonard J. Sobczak, and Ernesto A. Baca the following sums for compensatory damages in the following amounts together with post-judgment interest thereon at the rate provided by law and their costs of this action:

| Name | Amount |
|---|---|
| Steven J. Alexander | $19,000.00 |
| Keith Balash | 25,000.00 |
| Charles Berard | 22,000.00 |
| Michael R. Brunow | 31,500.00 |
| James Cleveland | 19,000.00 |
| Joseph J. Farina | 9,500.00 |
| John Malloy Hagen | 47,000.00 |
| William Heinen | 9,500.00 |
| Wayne W. Jensen | 34,500.00 |
| Thomas P. Klusman | 9,500.00 |
| Edward Liebrecht | 47,000.00 |
| Ronald G. Quackenbush | 40,500.00 |
| Anthony T. Smith | 9,500.00 |
| Steven J. Spingola | 19,000.00 |
| Kim R. Stack | 25,000.00 |
| David C. Vahl | 50,000.00 |
| Michael Young | 47,000.00 |

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiffs shall recover of the Defendants the following sums for punitive damages:

| Plaintiff's Name | Defendant Arthur Jones | Defendant Woody Welch | Defendant Carla Y. Cross | Defendant Eric M. Johnson | Defendant Leonard J. Sobczak | Defendant Ernesto A. Baca |
|---|---|---|---|---|---|---|
| Steven J. Alexander | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Keith Balash | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Charles Berard | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Michael Brunow | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| James Cleveland | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Joseph Farina | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| John Hagen | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| William Heinen | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Wayne Jensen | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Thomas Klusman | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Edward Liebrecht | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Ronald Quackenbush | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Anthony Smith | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Steven Spingola | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Kim Stack | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| David Vahl | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |
| Michael Young | 17000 | 17000 | 17000 | 17000 | 17000 | 17000 |

After the jury rendered its verdict, issues of equitable remedies came before the court sitting without a jury and the issues having been duly tried and a decision having been duly rendered.

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiffs recover of the Defendants the following sums for back pay and benefits with prejudgment interest thereon, front pay, in the following amounts together with post-judgment interest thereon at the rate provided by law and their costs of this action:

| | Through 8/31/2005 | Subsequent to 8/31/2005 | Total |
|---|---|---|---|
| Steven J. Alexander | $ 11,588 | $ 76,024 | $ 87,612 |
| Keith A. Balash | 26,264 | 126,542 | 152,806 |
| Charles A. Berard | 17,106 | 110,086 | 127,192 |
| Michael R. Brunow | 41,752 | 118,629 | 160,381 |
| James C. Cleveland | 23,755 | 124,101 | 147,856 |
| John Malloy Hagen | 55,025 | 133,686 | 188,711 |
| Wayne W. Jensen | 39,739 | 119,200 | 158,939 |
| Edward N. Liebrecht | 46,995 | 1,919 | 48,914 |
| Ronald G. Quackenbush | 29,766 | 114,269 | 144,035 |
| Anthony T. Smith | 16,696 | 102,133 | 118,829 |
| Steven J. Spingola | 29,056 | 102,937 | 131,993 |
| David C. Vahl | 41,680 | 6,965 | 48,645 |
| Michael D. Young | 23,897 | 673 | 24,570 |

IT IS FURTHER ORDERED AND ADJUDGED that this action is dismissed upon its merits.

| | |
|---|---|
| August 29, 2005 | Sofron B. Nedilsky |
| Date | Clerk |
| | s/Nancy A. Monzingo |
| | (By) Deputy Clerk |