STEVEN J. ALEXANDER, et al.

            Plaintiffs,

vs.                                         Case No. 03-C-611

CITY OF MILWAUKEE, et al.

            Defendants.

**ORDER VACATING ORDER FOR JUDGMENT AND JUDGMENT,
VACATING ORDER AWARDING ATTORNEY FEES AND COSTS,
AND DISMISSING ACTION WITH PREJUDICE AND WITHOUT COSTS**

Based upon the agreement of the parties, the court GRANTS the joint motion to vacate the August 29, 2005 Order for Judgment (docket number 216), the Judgment entered August 29, 2005 (docket number 217) and the Order dated February 3, 2006 awarding attorney fees and costs (docket number 266). The court further grants the joint motion to dismiss this action with prejudice and without costs.

NOW THEREFORE, IT IS HEREBY ORDERED:

That the Order for Judgment and the Judgment dated August 29, 2005 are VACATED; the Order dated February 3, 2006 awarding attorney fees and costs is VACATED; and, this action is DISMISSED with prejudice and without costs.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 20 day of August, 2007.

/s_____
Lynn Adelman
United States District Judge